AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Voltstar Technologies, Inc.** | )<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **1:25-cv-23730**   BLOOM |
| **Liu Zhenwen A/K/A Sxsllslso** | )<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Liu Zhenwen A/K/A Sxsllslso
Qianzhaojiazhuang 505, Lishi District, Lüliang City, 033000 CN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Layla T. Nguyen
**SRIPLAW, P.A.**
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
561.826.6924
layla.nguyen@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 19, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts